David S. Rosenbaum, Esq., SBN. 151506
MCDOWALLWCOTTER, A.P.C.
2070 Pioneer Court
San Mateo, CA 94403
Tel: 650-572-7933; Fax: 650-572-0834
drosenbaum@mcdlawyers.net

Randal R. Morrison, Esq., SBN: 126200
Sabine & Morrison
110 Juniper Street
PO Box 531518
San Diego, CA  92153-1518
Tel: 619.234.2864; Fax: 619.342.4136
rrmatty@yahoo.com

Attorneys for Defendant,
City of San Carlos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY HERSON, an individual, EAST BAY OUTDOOR, INC., a California Corporation<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF SAN CARLOS, et al.,<br><br>　　　　　　　Defendants. | Case No.:  3:09-cv-04187 MHP<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>ORDER RE CONTINUING CASE MANAGEMENT CONFERENCE<br>―――――――――――――――――<br>Date: CMC presently scheduled for Dec. 21, 2009<br>Time: 4:00 p.m.<br>Dept: 15 |

　　　Plaintiffs and Defendant, by and through their counsel hereby stipulate to Extend the Time (date) for Case Management Conference.  At present the Case Management Conference is scheduled to occur on December 21, 2009.  A Motion for Summary Judgment and Motion to

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE　　　　　　　3:09-cv-04187 MHP
ORDER RE CONTINUING CASE MANAGEMENT CONFERENCE

1  Dissolve Temporary Restraining Order are scheduled to occur on January 11, 2010.  Since the

2  parties will be in court on January 11, 2010, and with a goal of judicial economy, the parties

3  respectfully request that the Court hold the Case Management Conference on the same date as the

4  Motion for Summary Judgment and Motion to Dissolve.

5      There has been one earlier time modification in this case.  Defendants move that the court

6  Enlarge the Time for and Scope of further briefing following a hearing on Motion re Contempt.

7  The Court granted that request, allowing the Defendant to file its Motion for Summary Judgment.

8      A continuance of the Case Management Conference until the time of the Motion for

9  Summary Judgment will not affect the proceedings in this case.

10      ACCORDINGLY, the parties hereby Stipulate to Continue the Case Management

11  Conference from December 21, 2009 until January 11, 2009 (or such other time as the Court may

12  deem proper.)

13

14  Dated: December 9, 2009_                      MCDOWALLWCOTTER

15                                            By:  _____

16                                            David S. Rosenbaum, Attorney for Defendant, City of San Carlos

17

18  Dated: December 9, 2009

19                                            By:  /s/_____
Alan Herson, Attorney for Plaintiffs, Jeffery Herson and Eastbay Outdoor Inc.

20

21

22

23

24

25

-2-

1  ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

2  The Court having found the Stipulation to Continue Case Management Conference to be

3  with good cause,

4  IT IS HEREBY ORDERED that

5  The Case Management Conference scheduled for December 21, 2009 is hereby continued to

6  January 11, 2010.

7  Dated:__12/9/2009_____

8  _____
   Hon. M_____
   IT IS SO ORDERED
   Judge Marilyn H. Patel

-3-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE                3:09-cv-04187 MHP

ORDER RE CONTINUING CASE MANAGEMENT CONFERENCE