United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HERSON and EAST BAY OUTDOOR, INC. | No. C 09-04187 MHP |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CITY OF SAN CARLOS, | |
| Defendant. | |

This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed granting defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED in its entirety against defendant City of San Carlos. There is no just reason for delay of entry of judgment. Fed. R. Civ. P. 54(b).

IT IS SO ORDERED.

Dated: June 4, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California